JMM:BTR
F.# 2009R01858
Giordani.SW

FILED
IN CLERK'S OFFICE
DISTRICT COURT EDNY
★ JUN 16 2010 ★
LONG ISLAND OFFICE

10-0689M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    -against-

GREGORY G. GIORDANI,

    Defendant.

- - - - - - - - - - - - - - - - -X

AFFIDAVIT
IN SUPPORT OF AN
APPLICATION FOR AN
ARREST WARRANT

M. No. _____
(T. 18, U.S.C., §§ 2 and 922(k))

EASTERN DISTRICT OF NEW YORK, SS:

    KEITH BOYCE, being duly sworn, deposes and states that he is a Special Agent of the United States Postal Service, Office of the Inspector General, duly appointed according to law and acting as such.

    On or about June 16, 2010, within the Eastern District of New York and elsewhere, the defendant GREGORY G. GIORDANI knowingly and intentionally possessed and received a firearm, to wit: a .9 mm caliber High Point semi-automatic Luger, which had the manufacturer's serial number removed and obliterated and which had been shipped and transported in interstate commerce.

    (Title 18, United States Code, Sections 922(k) and 2)

    1.  I am a Special Agent of the United States Postal Service ("USPS"), Office of Inspector General ("USPS/OIG"), and have been for about three years.  Prior to becoming a Special

2

Agent I was an Inspector with the United States Postal Inspection Service for sixteen years. I have conducted investigations, made arrests and executed search warrants relating to, among other things, fraud against the government, false statements, obstruction of justice, extortion, and bribery.

2. I participated in the investigation of GREGORY G. GIORDANI with other agents from the USPS-OIG and the Internal Revenue Service ("IRS"). On the morning of June 16, 2010, myself and other federal agents executed a federal court-ordered search warrant at the residence of GREGORY G. GIORDANI at 131-04 Laurelton Parkway, 2nd Floor, Rosedale, New York 11422 ("Subject Premises No. 1") and other locations. <u>IN RE: THE PREMISES KNOWN AND DESCRIBED AS 131-04 LAURELTON PARKWAY, 2ND FLOOR, ROSEDALE, NEW YORK 11422, ("SUBJECT PREMISES No. 1")</u>, 10-649M (ARL).

3. During the execution of the above-described search warrant a law enforcement agent asked GREGORY G. GIORDANI whether there were any weapons or other dangerous instruments or valuables within the premises that should be secured. In response, GIORDANI stated that there was and indicated that there was a pistol inside of the upper drawer of his dresser in his bedroom. Agents retrieved and secured the weapon which was a 9 mm caliber High Point semi-automatic Luger. A box that contained 29 additional rounds of 9 mm caliber ammunition was also found.

3

The manufacturer's box for the gun was also found. The serial number for the gun "P1315311" was printed on the box.

4. Examination of the semi-automatic pistol revealed that it was fully loaded and that the manufacturer's serial number had been removed and obliterated. Inquiry to the Bureau of Alcohol, Tobacco and Firearms indicated that High Point pistols are not manufactured in the State of New York and the weapons presence within the Eastern District of New York therefore indicated the gun had been shipped or otherwise transported in interstate commerce.

WHEREFORE, your deponent respectfully requests that defendant GREGORY G. GIORDANI be dealt with according to law.

_____
KEITH BOYCE
Special Agent
USPS-OIG

Sworn to before me this
16 th day of June 2010
   E. Thomas Boyle, MJ

_____
HON. E. THOMAS BOYLE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK